# Exhibit A

RE: Remo Saraceni and MerchSource, LLC Big Piano Understanding

## AFFIDAVIT OF MERCHSOURCE, LLC

I, Adam Gromfin, on behalf of MerchSource, LLC, make this statement and Affidavit upon oath and affirmation of belief and personal knowledge that the following matters and facts set forth are true and correct to the best of my knowledge:

The product packaging bearing the BIG PIANO trademark shown during Remo Saraceni's visit to the headquarters of MerchSource, LLC on April 12, 2017, was created solely for the purposes of honoring Remo Saraceni's visit and was without the intent to infringe any intellectual property right owned by Remo Saraceni;

The product packaging bearing the BIG PIANO trademark shown during Remo Saraceni's visit to the headquarters of MerchSource, LLC on April 12, 2017, or any other product or product packaging bearing the BIG PIANO trademark, was not shown to any customers, clients, distributors, investors, or other consumers of MerchSource, LLC, its parent company, and/or affiliated companies;

MerchSource, LLC, its parent company, and/or affiliated companies have no intent to use the trademark BIG PIANO under the FAO brand in commerce in connection with pianos, toy pianos, piano playmats, electronic keyboards, or any other item that would infringe Remo Saraceni's trademark rights;

MerchSource, LLC, its parent company, and/or affiliated companies have not and will not use the trademark BIG PIANO in commerce in connection with pianos, toy pianos, piano playmats, electronic keyboards, or any other item that would infringe Remo Saraceni's trademark rights without a prior written agreement;

MerchSource, LLC, its parent company, and/or affiliated companies have not and will not advertise, market, or knowingly create an association between current or future products sold under the FAO brand and Remo Saraceni or the BIG PIANO trademark without the prior written agreement of Remo Saraceni; and

MerchSource, LLC, its parent company, and/or affiliated companies understand and acknowledge that any museum-quality piano units purchased from Remo Saraceni does not include the transfer of intellectual property rights.

_____ [*signature*]

Adam Gromfin

**State of California** :

**County of Orange** :

ANDREA NICOLE SHERIDAN
Comm. #2170861
Notary Public - California
Orange County
Comm. Expires Nov 6, 2020

On this ___16th___ day of May, in the year 2017, before me personally appeared, Adam Gromfin, who in due form of law executed the foregoing instrument and acknowledged that he executed the same as her free act and deed.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal the day and/year aforesaid.

_____
NOTARY PUBLIC

My commission expires: 11 / 6 / 2020