# Exhibit B

FAO Schwarz

Benjamin   Home   Create   1



# FAO Schwarz
@FAO

- Home
- About
- Photos
- Videos
- Events
- See more

Create a Page

Like   Follow   Share   Shop Now   Send Message

**FAO Schwarz**
1 hr ·

"That Big piano is back." We'll leave the rest to imagination. Cc: MONEY #ReturnToWonder



TIME.COM
**FAO Schwarz Has Been Resurrected Just in Time for the Holidays. See What the Iconic Toy Store Looks Like Now**

195                         8 Comments   16 Shares

Like      Comment      Share

Most Relevant

Write a comment...

**Mary Parsons Zieglgansberger** MERRY CHRISTMAS!!!!!! Happy Hanukkah too! That is such great news that FAO Schwarz is BACK!!!!!!
Like · Reply · 9m

**Francesca Petrungaro** I was in the other shop the one on the 5 street, a magical place .. awesome
Like · Reply · 57m

**Tracy Sims** Peggy Cox Phillips
Like · Reply · 1h

**Francesca Petrungaro**

**Community**   See All

- Invite your friends to like this Page
- 54,103 people like this
- 52,546 people follow this

**About**   See All

- Typically replies within a day
  Send Message
- www.FAO.com
- Shopping & Retail · Games/Toys
- Price Range $$
- Hours 9:00 AM - 9:00 PM
  Open Now
- Popular hours

| Mon | Tue | Wed | Thu | Fri | Sat | Sun |
|-----|-----|-----|-----|-----|-----|-----|

6AM   9AM   12PM   3PM   6PM   9PM   12AM   3AM

Suggest Edits

**Pages Liked by This Page**

- Chute Gerdeman — Like
- MOSCHINO - the offici… — Like
- Babies"R"Us — Like

**Related Pages**

Chat (Off)











FAO Schwarz

  Benjamin     Home     Create     1



**FAO Schwarz**
@FAO

Home
About
Photos
Videos
Events

See more

Create a Page

scent, and #FAO's trademark giant plush animals greeted visitors near the front door." Cc: New York Daily News stood on line this past Friday with the rest of the crowd anticipating our big opening... and it was worth it #ReturnToWonder



NYDAILYNEWS.COM
**Back for Christmas, venerable toy store FAO Schwarz ends three-year absence with return to Rockefeller Center - NY…**

197                                                4 Comments  17 Shares

Like          Comment          Share

Most Relevant

Write a comment...

**Ashley Sheree** We need another store in Chicago
Like · Reply · 5h

**Jennifer Tarantino Turner**



Like · Reply · 3h

View 2 more comments

**FAO Schwarz**
18 hrs ·

"FAO Schwarz toy soldiers are stationed outside of the 49th street entrance, outfitted in brand new uniforms designed by International Supermodel Gigi Hadid. This new uniform, which will be worn at all FAO stores internationally, draws from Gigi's own nostalgia of childhood visits to the toy store and incorporates whimsical elements including a special "Medal of Honor" is worn on the left pocket adorned with the meaningful words 'Celebrate, Wonder, Discover, Share, Together.'" Cc: Boston Business Journal celebrated our #ReturnToWonder



BIZJOURNALS.COM
**FAO Schwarz Returns to New York With A New Flagship Toy Store - Boston Business Journal**
FAO Schwarz Returns to New York With A New Flagship Toy Store The iconic brand opens on November 16 at 30 Rockefeller Plaza with…

38                                                 3 Comments  2 Shares

Like          Comment          Share

Most Relevant

Write a comment...

Chat (Off)

FAO Schwarz                               Benjamin    Home    Create





FAO Schwarz
@FAO

Home
About
Photos
Videos
Events
   See more

Create a Page



Like · Reply · 18h

**Lauren Rayer DiBlasi**



Like · Reply · 4h

View 1 more comment

---

 **FAO Schwarz**
19 hrs ·

Highlighting a demonstration by our awesome #toydemonstrator Magic Plastic is already drawing a crowd during grand opening weekend. Right across the way is also our Transformer section! #transformers @transformersofficial
.
.
.
#ReturnToWonder #NewYork #rockefellercenter... See More



18                                                         1 Comment  1 Share

Chat (Off)

FAO Schwarz  Benjamin    Home    Create



**FAO Schwarz**
@FAO

Home
About
Photos
Videos
Events

See more

Create a Page

Most Relevant

Write a comment...

**Jade Sturmhoevel** Do you have the muppet workshop?
Like · Reply · 9h                                                                              1

 **FAO Schwarz**
19 hrs ·

Having fun on the plaza with our always amazing Toy Soldiers! Another great picture from opening weekend! #ReturnToWonder
Thanks!@beckyewchuk #Repost
· · ·
A big thank you to @faoschwarz for being so kind to our Lana during their grand opening on Friday! We had SUCH a blast, and I'm certain that Lana will remember all of this for DECADES to come! 
#faoschwarz #returntowonder #rockefellercenter #online_newyork #what_i_saw_in_nyc #icapture_nyc #travel_nyc



beckyewchuk

69                                              2 Comments  3 Shares

Like            Comment            Share

Most Relevant

Write a comment...

**Kenneth C Hartzog** He was our FAO Soldier for our tour on December 24, 2014! Hope to see him again when we visit at Christmas this year!

Chat (Off)

FAO Schwarz

Benjamin   Home   Create



FAO Schwarz
@FAO

Home
About
Photos
Videos
Events

See more

Create a Page



1

Like · Reply · 18h

**Bill Varney** Best soldier yet! That mustache!

Like · Reply · 19h

See More

Chat (Off)