**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **REMO SARACENI** | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 21-4947** |
| | : | |
| **MERCHSOURCE LLC,** *et al.* | : | |

# ORDER

**AND NOW**, this 31st day of January 2022, upon considering Defendant's Motion to dismiss (ECF Doc. No. 11) with supplemental Memorandum (ECF Doc. No. 13), Plaintiff's Notice rejecting expedited jurisdictional discovery (ECF Doc. No. 14), Plaintiff's Opposition to the Motion to dismiss (ECF Doc. No. 15), Defendant's Reply (ECF Doc. No. 16), and for reasons in the accompanying memorandum, it is **ORDERED:**

1. Defendant's Motion to dismiss based on lack of personal jurisdiction (ECF Doc. No. 11) is **GRANTED without prejudice**; and,

2. Plaintiff is granted leave to file a second amended Complaint no later than **February 18, 2022,** and may, if he wishes, stipulate to transfer to the District of Delaware or other venue with general or undisputed specific jurisdiction over the Defendant and file an amended Complaint in the transferee district consistent with this Order.

**KEARNEY, J.**